MITFORD C. MASSIE, individually and as trustee, &c., et al., complainants,

*v.*

THE ASBESTOS BRAKE COMPANY et al., defendants.

[Decided September 28th, 1923.]

Appeal of Thermoid Rubber Company.

On appeal from a decree of the court of chancery.

*Mr. Edward L. Katzenbach,* for the appellants.

*Mr. Francis C. Lowthorp* and *Messrs. Pitney, Hardin & Skinner,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Buchanan.

*For affirmance* — THE CHIEF-JUSTICE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, HEPPEN-HEIMER, VAN BUSKIRK—9.

*For reversal*—WHITE—1.